PETER S. DICKINSON (Bar No. 139495)
BUSH QUIÑONEZ GOTTLIEB SINGER
LOPEZ KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
3500 West Olive Avenue
Suite 1100
Burbank, California 91505-4657
Telephone: (818) 973-3200
Facsimile: (818) 973-3201
pdickinson@bushquinonez.com

Attorneys for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS
PENSION PLAN and TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS HEALTH PLAN

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; et al., <br><br> Plaintiffs, <br><br> v. <br><br> NYCA, INC., etc., et al., <br><br> Defendants. | Case No. CV 07-01912 GPS (JCx) <br><br> [~~PROPOSED~~] ORDER <br><br> **Complaint filed: March 22, 2007** <br> **Judge: Hon. George P. Schiavelli** |

### **ORDER**

For good cause shown, **IT IS HEREBY ORDERED** that the above-captioned case is dismissed with prejudice.

Dated: February 7, 2008

*GEORGE P. SCHIAVELLI*
_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

116288.1  11630-15050